PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Mike Ramos                                    Cr.: 00-00296-001

Name of Sentencing Judicial Officer: Honorable Alfred J. Lechner Jr.

Date of Original Sentence: 10/25/00

Original Offense: Distribution of Heroin.

Original Sentence: Imprisonment 55 months, Supervised Release three years, Fine $1,000.00 and Special Assessment $100.00.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/17/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender failed to remain arrest-free as evidenced by his arrest on December 2, 2006 by the Plainfield Police Department for the following charges: Obstructing the Administration of the Law and Resisting Arrest. (Amended to Disorderly Conduct.) |

U.S. Probation Officer Action:

This writer recommends presentation of this document to Ramos as a formal written reprimand.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 04/23/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that alternative or additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/3/07
Date